**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RODNEY WILCOX,           ) | |
| )| |
| Plaintiff,  ) | |
| ) | |
| vs.          ) | NO. CIV-20-0376-SM |
| ) | |
| ANDREW M. SAUL, Commissioner  ) | |
| of Social Security,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER

Pursuant to General Order 16-4, this case was assigned to Magistrate Judge Suzanne Mitchell. Plaintiff Rodney Wilcox filed an application to proceed *in forma pauperis* and supplemented that application twice. Judge Mitchell has issued a Report and Recommendation that the application be denied. Plaintiff has responded to the Report agreeing to pay the filing fee in full. In the absence of objection, the Report and Recommendation is **ADOPTED** and the motion for leave to proceed *in forma pauperis* is **DENIED**. Plaintiff is **ORDERED** to pay the filing fee in full within twenty-one (21) days from the date of this order.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE