### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY WILCOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-376-J |
| KILOLO KIJAKAZI, ACTING COMMISIONER OF SOCIAL SECURITY, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

The Social Security Administration (SSA) denied Plaintiff's application for disability insurance benefits, and Plaintiff filed suit under 42 U.S.C. § 405(g) seeking judicial review of the decision. Defendant filed the administrative record, and both parties briefed their positions. The matter was referred to United States Magistrate Judge Amanda Maxfield Green consistent with 28 U.S.C. § 626(b)(1)(B). [Doc. No. 29]. Thereafter, Judge Green issued a Report and Recommendation recommending that the SSA's decision be reversed and remanded for further proceedings. [Doc. No. 30]. The parties were advised of their right to object to the Report and Recommendation by February 16, 2022. No objection has been filed. Defendant has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 30] and REVERSES and REMANDS the SSA's decision.

IT IS SO ORDERED this 17th day of February, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE